# EXHIBIT A TO PLAINTIFFS' COMPLAINT

**Michael P McNamee**

**From:** David P Suich
**Sent:** Thursday, October 29, 2009 3:58 PM
**To:** Michael P McNamee
**Subject:** FW: Queens Gap Sale - Loan Proceeds Distribution Agreement

---

**From:** Buddy Greenwood [mailto:bgreenwood@BankofAsheville.com]
**Sent:** Friday, May 22, 2009 9:39 AM
**To:** David P Suich
**Subject:** RE: Queens Gap Sale - Loan Proceeds Distribution Agreement

David,
If Devin wants to do that as secondary step it will be appreciated. He can email authorization. We will also review checks for both signatures.
Buddy

G. Gordon Greenwood
President
Bank of Asheville
79 Woodfin Place
Asheville, NC 28801
(828) 232-2902 (direct)
(828) 252-1792 (fax)

**From:** David P Suich [mailto:dsuich@McNameelaw.com]
**Sent:** Friday, May 22, 2009 9:27 AM
**To:** Buddy Greenwood
**Cc:** Keith Vinson
**Subject:** RE: Queens Gap Sale - Loan Proceeds Distribution Agreement

Buddy – I do have one question. How will the bank verify that Devin has signed the check as the second signor before the check clears and the funds are released; shouldn't Devin send a written authorization back to the bank for such purposes? Thanks, David

---

**From:** Buddy Greenwood [mailto:bgreenwood@BankofAsheville.com]
**Sent:** Friday, May 22, 2009 9:06 AM
**To:** David P Suich
**Cc:** Keith Vinson
**Subject:** RE: Queens Gap Sale - Loan Proceeds Distribution Agreement

David,
The Bank of Asheville as you stated does not need to be a signor to the agreement. We only wanted a copy for our records. As to the operational procedures we only know that two signatures are required on the checks, those being Keith and Devin. According to what I heard in a phone conference call with Keith and Devin, invoices will come to Keith. He will then prepare the check and send to Devin for his signature along with the invoice. I hope this will be of help. We have sent wiring instructions to Keith this morning. If you have further questions let me know. Buddy

G. Gordon Greenwood
President

Bank of Asheville
79 Woodfin Place
Asheville, NC 28801
(828) 232-2902 (direct)
(828) 252-1792 (fax)

**From:** David P Suich [mailto:dsuich@McNameelaw.com]
**Sent:** Thursday, May 21, 2009 3:36 PM
**To:** Buddy Greenwood
**Subject:** RE: Queens Gap Sale - Loan Proceeds Distribution Agreement

Buddy – Devin McCarthy, my client, had stated that "someone" at the Bank of Asheville had requested to be added as a signer on this document to verify its role as depositor. I thought he had mentioned that you wanted this arrangement but I'm mistaken it seems. To be honest, all my prior versions of this document – and there are many – did not have the bank sign for such purpose. The bank's signature is not required on this document for legal purposes. I would prefer to take the bank's signature off of this document since the bank is not agreeing to anything contained in it and is not a named party to it. With your permission, I'd like to do this.

Before I send you a revised version of this document, I need to have an understanding of the mechanics of the account being set up for this purpose. Whose name will be on the checks, who has to sign the bank signature card, how will the checks need to be signed to release the funds from the account, how will that be verified, etc.? It would be really helpful if this procedure was reduced to writing. Thank you. David

**From:** Buddy Greenwood [mailto:bgreenwood@BankofAsheville.com]
**Sent:** Thursday, May 21, 2009 3:12 PM
**To:** David P Suich
**Subject:** RE: Queens Gap Sale - Loan Proceeds Distribution Agreement

David,
Would like to know why our signature is required on this agreement and is there any liability assumed associated with the agreement. Buddy

G. Gordon Greenwood
President
Bank of Asheville
79 Woodfin Place
Asheville, NC 28801
(828) 232-2902 (direct)
(828) 252-1792 (fax)

**From:** David P Suich [mailto:dsuich@McNameelaw.com]
**Sent:** Thursday, May 21, 2009 2:06 PM
**To:** Buddy Greenwood
**Cc:** Devin McCarthy; kvinson@sevenfallsnc.com; Michael P McNamee; Linda S. Kelley; bill.tucker@thewalnutgroup.com
**Subject:** Re: Queens Gap Sale - Loan Proceeds Distribution Agreement
**Importance:** High

Mr. Greenwood – Thank you for your help on the telephone the other day regarding the above referenced transaction. I am forwarding you the Loan Proceeds Distribution Agreement for your signature, which I will need you to forward to Mr. Vinson and Mr. McCarthy for their signatures afterwards. I am of the understanding that the bank account for this matter has already been established. Please let me know if you have any questions.

Thank you, David

David P. Suich
Attorney at Law, LL.M. Taxation

Admitted in Ohio, Kentucky, and North Carolina
McNamee & McNamee, PLL
2625 Commons Boulevard
Beavercreek, Ohio 45431-3704
Phone: (937) 427-1367
Fax: (937) 427-1369
dsuich@mcnameelaw.com
www.mcnameelaw.com

Confidentiality Notice from the law offices of McNamee & McNamee, PLL:

* This e-mail message is intended only for the person or entity to which it is addressed.
* It may contain information that is privileged, confidential, or otherwise protected from use and disclosure.
* Any unauthorized review, use, disclosure, distribution, or the taking of any action in reliance on its contents or other use is strictly prohibited.
* If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Thank you for your cooperation.

McNAMEE
PLL
McNAMEE